Form G-3

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS (EASTERN DIVISION)**

| | | |
|---|---|---|
| In re: | ) | Chapter 13 |
| Krzysztof Gdowik | ) | |
| | ) | No. 21-07619 |
| | ) | |
| Debtor | ) | Judge Deborah L. Thorne |

**NOTICE OF MOTION**

TO:  See attached list

PLEASE TAKE NOTICE that on **2/1/2023, at 9:30AM**, I will appear before the Honorable Judge Deborah L. Thorne, or any judge sitting in that judge's place, **either** in courtroom 682 of the Everett McKinley Dirksen Building, 219 South Dearborn, Chicago, Illinois, **or** electronically as described below, and present the motion of Codilis & Associates, P.C. for Wells Fargo Bank, N.A., a copy of which is attached.

**All parties in interest, including the movant, may appear for the presentment of the motion either in person or electronically using Zoom for Government.**

You may appear electronically by video or by telephone.

**To appear by video,** use this link:  https://www.zoomgov.com/.  Then enter the meeting ID and passcode.

**To appear by telephone,** call Zoom for Government at 1-669-254-5252 or 1-646-828-7666.  Then enter the meeting ID and passcode.

**Meeting ID and passcode.**  The meeting ID for this hearing is 160 9362 1728, and the passcode is not required.  The meeting ID and passcode can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date.  If a Notice of Objection is timely filed, the motion will be called on the presentment date.  If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

/s/ Joel P. Fonferko
Attorney for Movant

Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Berton J. Maley ARDC#6209399
Terri M. Long ARDC#6196966
Michael P. Kelleher ARDC#6198788
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
bkpleadingsNORTHERN@il.cslegal.com
File No. 14-21-02101
NOTE: This law firm is a debt collector.

## **CERTIFICATE OF SERVICE**

      I, Joel P. Fonferko, certify that I served a copy of this notice and the attached motion on each entity shown on the service list below at the address shown and by the method indicated on the list on January 20, 2023.

Marilyn O Marshall, Chapter 13 Trustee, 224 South Michigan Ste 800, Chicago, IL 60604 by electronic notice through ECF
Krzysztof Gdowik, Debtor, 7843 Cressett Dr., Elmwood Park, IL 60707 by pre-paid first-class U.S. Mail
Lidia Klimczak, Co-Debtor, 7843 W Cressett Drive, Elmwood Park, IL 60707 by pre-paid first-class U.S. Mail
David Freydin, Attorney for Debtor, 8707 Skokie Blvd Suite 312, Skokie, IL 60077 by electronic notice through ECF
Office of U.S. Trustee, 219 S. Dearborn St., Room 873, Chicago, IL 60604 by electronic notice through ECF

                                                  /s/ Joel P. Fonferko
                                                  Attorney for Movant

NOTE: This law firm is a debt collector.

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS (EASTERN DIVISION)

| IN RE: | Case No.: 21-07619 |
|---|---|
| | Chapter: 13 |
| Krzysztof Gdowik | Hearing Date: 2/1/2023 |
| Debtor | Judge Deborah L. Thorne |

## MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND CO-DEBTOR STAY OR IN THE ALTERNATIVE TO DISMISS THE CASE FOR FAILURE TO MAKE PLAN PAYMENTS

**NOW COMES** Wells Fargo Bank, N.A., (hereinafter "Movant"), by and through its attorneys, Codilis & Associates, P.C., and moves this Honorable Court pursuant to 11 U.S.C. §362(d) and §1301(c) for an Order granting Movant relief from the automatic stay and co-debtor stay, or alternatively, for entry of an order dismissing the case pursuant to 11 U.S.C. §1307, and in support thereof states as follows:

1. This Court has jurisdiction pursuant to 28 U.S.C. §1334 and Internal Operating Procedure 15(a) of the United States District Court for the Northern District of Illinois, Eastern Division;

2. The Debtor is indebted to Movant for which the Movant claims a valid security interest in the property commonly known as 7843 W Cressett Drive, Elmwood Park, IL 60707;

3. Enforcement of this security interest has been stayed automatically by operation of 11 U.S.C. §362 of the Bankruptcy Code upon Debtor filing of this petition on 6/20/2021;

4. The Chapter 13 plan herein provides for the cure of the default of said mortgage and maintenance of current payments during the pendency of the proceeding;

5.   Pursuant to the plan, Debtor is to disburse the current monthly mortgage payments directly to Movant beginning with the first payment due after the filing of the Chapter 13 Bankruptcy (subject to periodic adjustment due to change in escrow);

6.   Movant is entitled to relief from the automatic stay under 11 U.S.C. Section 362(d) for the following reasons:

   a)   As of 01/11/2023, the Debtor is past due for the 11/1/2022 payment, and all amounts coming due since that date. Any payments received after this date may not be reflected in this default;

   b)   As of 01/11/2023, the total post-petition default through and including 1/1/2023, is $6,158.82, which includes a suspense credit of $74.22. Any payments received after this date may not be reflected in this default;

   c)   On 02/01/2023, the default will increase to $8,236.50 and will continue to increase as additional amounts become due;

7.   Said failure to make post-petition mortgage payments is sufficient grounds for relief from the automatic stay for cause pursuant to 11 U.S.C. Section 362(d)(1);

8.   That sufficient grounds exist to dismiss this proceeding under 11 U.S.C. §1307 as:

   a)   Debtor's failure to timely pay post-petition mortgage payments as required under the plan and 11 U.S.C. §1322(b)(2) and (b)(5) constitutes an unreasonable delay that is prejudicial to moving creditor and the case should be dismissed under §1307(c)(1);

   b)   Debtor's failure to timely pay post-petition mortgage payments as required under the plan and 11 U.S.C. §1322(b)(2) and (b)(5) constitutes "cause" and the case should be dismissed under the general provisions of

        11 U.S.C. §1307;

    c)    The default in post-petition mortgage payments constitutes a material default under the Chapter 13 plan and case should be dismissed under §1307(c)(6);

9.    This Court has authority to order that Rule 4001(a)(3) is not applicable to the order entered in granting this motion, and Movant requests this Court so order;

10.    Debtor(s) executed a promissory note secured by a mortgage or deed of trust. The promissory note is either made payable to Creditor or has been duly indorsed. Creditor, directly or through an agent, has possession of the promissory note. Creditor is the original mortgagee or beneficiary or the assignee of the mortgage or deed of trust;

11.    That the subject mortgage is co-signed by Lidia Klimczak and that to the extent that the co-debtor stay of 11 U.S.C. §1301 applies to real estate loans, it applies to Lidia Klimczak and grounds exist for relief therefrom under 11 U.S.C. §1301(c)(1) as the co-debtor received an ownership interest in the house and under 11 U.S.C. §1301(c)(3) if the automatic stay is modified therein;

**WHEREFORE,** Wells Fargo Bank, N.A. prays this Court enter an Order pursuant to 11 U.S.C. Section 362(d) and Section 1301(c) modifying the automatic stay and co-debtor stay as to Movant, or alternatively, for an entry of an order dismissing the case pursuant to 11 U.S.C. §1307, and for such other and further relief as this Court may deem just and proper.

Dated this January 20, 2023.

Respectfully Submitted,

Codilis & Associates, P.C.


By: /s/ Joel P. Fonferko
Attorney for Movant

Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Berton J. Maley ARDC#6209399
Terri M. Long ARDC#6196966
Michael P. Kelleher ARDC#6198788
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
bkpleadingsNORTHERN@il.cslegal.com
File No. 14-21-02101
NOTE: This law firm is a debt collector.