Certificate Number: 05781-ILN-DE-041496750

Bankruptcy Case Number: 21-07619

05781-ILN-DE-041496750

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 28, 2026, at 3:01 o'clock PM PDT, Krzysztof Gdowik completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Northern District of Illinois.

Date: September 28, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President